JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO JOSE ORDUZ ZAMBRANO, | Case No. EDCV 26-01391-MRA (PVC) |
| Petitioner, | **JUDGMENT** |
| v. | |
| D. MARIN, et al., | |
| Respondents. | |

IT IS HEREBY ADJUDGED that the Petition is GRANTED.

Respondents are prohibited from re-detaining Petitioner unless he receives reasonable prior notice and his re-detention is ordered at a custody hearing before a neutral arbiter in which the government bears the burden of proving by clear and convincing evidence that Petitioner is a flight risk or a danger to the community.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: June 1, 2026

_____
MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE